United States District Court
Southern District of Texas
**ENTERED**
December 12, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JASON HENDERSHOTT, (TDCJ-CID #1659369)<br>Plaintiff,<br><br>vs.<br><br>EASTHAM UNIT,<br><br>Defendant. | §§§§§§§§§§ CIVIL ACTION H-16-3553 |

## MEMORANDUM AND OPINION

Plaintiff, a state prisoner proceeding pro se, brings this action against Texas prison officials who reside in Houston County, Texas. Plaintiff sues these officials for violations of civil rights which occurred at the Eastham Unit, where he is confined and which is located in Houston County, Texas.

Accordingly, in the interest of justice and for the convenience of the parties and witnesses, it is hereby ORDERED that this case be TRANSFERRED to the United States District Court for the Eastern District of Texas, Lufkin Division. 28 U.S.C. §§ 1391, 1404(a).

SIGNED at Houston, Texas, on Dec 9, 2016.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2016\16-3553.a01.wpd